JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MITCHELL NELSON, SARAH E. HEARN-NELSON, PAULINA GIRALDO-JAMES

**(b)** County of Residence of First Listed Plaintiff: Monmouth
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
LAW OFFICES OF G. AARON JAMES
6 HUNT STREET, SUITE #336, RUMSON, NJ 07760

## DEFENDANTS
DON CLAUSSEN; DEREK DEBREE; MARISHA BARLATIER SIROIS; JULIE SWARTWOOD; LESLIE KRAUSE; ET AL.

County of Residence of First Listed Defendant: Monmouth
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 470 Racketeer Influenced and Corrupt Organizations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 18 U.S.C. §§ 1961-68; 42 U.S.C. §§ 3601-19; 15 U.S.C. §1692, et seq.
Brief description of cause: CIVIL RICO, CIVIL RICO CONSPIRACY, RACIAL DISCRIMINATION IN HOUSING, EXTORTION

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 4,000,000.00
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 4/4/23
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY