UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MITCHELL NELSON, et al.,

Plaintiffs,

v.

DON CLAUSSEN, et al.,

Defendants.

Civil Action No. 23-01896 (RK) (JBD)

**ORDER**

**THIS MATTER** comes before the Court upon various motions and cross-motions to dismiss, (ECF Nos. 11, 12, 13, 58, 63, 68, 69 and 85), as well as motions for sanctions pursuant to Rule 11, (ECF Nos. 71 and 75). For the reasons set forth in the Court's Opinion, and for other good cause shown,

**IT IS** on this 19th day of September, 2024,

**ORDERED** that Defendants' motions and cross motions to dismiss, (ECF Nos. 11, 12, 13, 58, 63, 68, 69, and 85), are **GRANTED**; and

**ORDERED** that Counts I through V of Plaintiffs' Second Amended Complaint ("SAC") are dismissed with prejudice; and

**ORDERED** that Plaintiffs' state law claims (Counts VI and VII) are dismissed without prejudice, and Plaintiffs may plead them in state court if they so choose; and

**ORDERED** that Defendants' motions for sanctions, (ECF Nos. 71 and 75) are **DENIED** without prejudice; and

**ORDERED** that, to the extent that Defendants' motions and cross motions seek relief not otherwise addressed in this Opinion and the accompanying Order, they are **DENIED**; and

**ORDERED** that the Clerk of the Court shall close the case file.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**

2